# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DANIELLE CREPEAU, *et al.*,   )<br>                               )<br>     Plaintiffs,              )<br>                               )<br>     v.                        )<br>                               )<br>ROBERT MANNING, *et al.*,      )<br>                               )<br>     Defendants.               ) | Case No. 3:06-CV-377 JVB |

## ORDER

On June 17, 2008, the undersigned District Judge referred Plaintiffs Danielle M. Crepeau and Zachery J. Heath's Motion for Partial Summary Judgment [DE 42], Defendants Susan Hemphill, Starke County Sheriff's Department, Starke County, Indiana, and Sharon Lemke's Motion for Summary Judgment [DE 45], and Defendant Susan Hemphill, Starke County Sheriff's Department, Starke County, Indiana and Sharon Lemke's Rule 56 Motion to Strike [DE 51] to Magistrate Judge Christopher A. Nuechterlein for a Report and Recommendation pursuant to 28 U.S.C § 636(b)(1)(B) and Local Rule 72.1(d). Also, on December 10, 2008, the undersigned District Judge referred Defendants Robert G. Manning, the Town of North Judson, Indiana, and Susie Woods's Motion for Summary Judgment [DE 71] to Magistrate Judge Nuechterlein for a Report and Recommendation. On January 6, 2009, Magistrate Judge Nuechterlein issued a Report and Recommendation on the subject motions [DE 79]. Plaintiffs filed Objections to the January 6, 2009, Report and Recommendation on January 16, 2009 [DE 81]. On January 28, 2009, Defendants Robert G. Manning, the Town of North Judson, Indiana and Susie Woods filed a Response to Plaintiffs' Objections to the January 6, 2009, Report and Recommendation [DE 82].

The Court having reviewed and considered Plaintiffs' Objections and Defendants'

Response to those Objections, now **OVERRULES** Plaintiffs' Objections [DE 81] and **ADOPTS** Magistrate Judge Nuechterlein's January 6, 2009, Report and Recommendation [DE 79]. Accordingly, Plaintiffs' Motion for Partial Summary Judgment is **DENIED WITH RESPECT TO THE ASSERTED FEDERAL CLAIMS** [DE 42], Defendants Susan Hemphill, Starke County Sheriff's Department, Starke County, Indiana, and Sharon Lemke's Motion for Summary Judgment is **GRANTED WITH RESPECT TO THE ASSERTED FEDERAL CLAIMS** [DE 45], Defendants Robert G. Manning, the Town of North Judson, Indiana, and Susie Woods's Motion for Summary Judgment is **GRANTED WITH RESPECT TO THE ASSERTED FEDERAL CLAIMS** [DE 71], and Defendants Susan Hemphill, Starke County Sheriff's Department, Starke County, Indiana, and Sharon Lemke's Rule 56 Motion to Strike is **DENIED AS MOOT** [DE 51]. Furthermore, as recommended in the January 6, 2009, Report and Recommendation, this case is remanded to the Circuit Court of Starke County, Indiana, where this action was originally filed for resolution of the state law claims. *See* 28 U.S.C. § 1367(c)(3) (a district court may decline to exercise supplemental jurisdiction over a claim if "the district court has dismissed all claims over which it has original jurisdiction.").

SO ORDERED on March 31, 2009.

s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE
HAMMOND DIVISION